UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.    5:26-cv-00204-MEMF-DFM                          Date: March 16, 2026

Title    *Alan Michael Sosa Alarcon v. Mark Bowen et al.*


Present: The Honorable:    Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |


**Proceedings:  (IN CHAMBERS) Order DENYING AS MOOT Petitioner's Motion for
Temporary Restraining Order [Dkt. No. 10] and Setting Briefing Schedule on Amended
Application for Temporary Restraining Order [Dkt. No. 31]**

Before this Court is Petitioner's Motion for a Preliminary Injunction and for a Temporary
Restraining Order. Dkt. No. 10 ("TRO Motion"). This Court is also in receipt of Respondents'
Opposition, Dkt. No 15 ("Opp."), and Petitioner's Reply, Dkt. No. 28 ("Reply"). After the
Motion was fully briefed, Petitioner filed a Motion for Leave to File an Amended Petition for
Writ of Habeas Corpus, Dkt. No. 30, and an amended Application for Temporary Restraining
Order. Dkt. No. 31 ("Amended TRO Motion"). The Motion for Leave to File an Amended
Petition for Writ of Habeas Corpus is currently pending before the assigned Magistrate Judge,
who has ordered that the Respondents file an opposition if any by Friday, March 20, 2026. Dkt.
No. 32.

For the reasons below, the Motion is DENIED AS MOOT, and the Court sets a briefing schedule
on the Amended TRO Motion.

Petitioner Alan Michael Sosa Alarcon entered the United States when he was seven or eight
years old. [1] Petition ¶ 6. From that point, he claims to have grown up and lived continuously in
the United States. *Id.* ¶ 7. His father became a naturalized U.S. citizen when Petitioner was

---

[1] The following factual background, unless stated otherwise, recounts the facts alleged in the Petition for Writ of
Habeas Corpus. Dkt. No. 1 ("Petition"). The Court makes no finding as to their truth at this time.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:26-cv-00204-MEMF-DFM                                   Date: March 16, 2026

Title    *Alan Michael Sosa Alarcon v. Mark Bowen et al.*

sixteen years old. *Id.* ¶ 8. By operation of law, Petitioner alleges that he became a U.S. citizen at that time. *Id.* ¶ 9.

On June 4, 1998, Petitioner was convicted in California municipal court for trespassing. Declaration of Demetrik J. Heard, Dkt. No. 15-1 ¶ 4 ("Heard Decl.").[2] On July 6, 2000, Petitioner was convicted in California municipal court for grand theft and burglary. *Id.* ¶ 5. On March 5, 2009, Petitioner was convicted in New Jersey state court for manufacturing, distributing, and dispensing a controlled substance. *Id.* ¶ 6. He was sentenced to eight years in prison. *Id.*

In June 2009, ICE served Petitioner with a Notice to Appear. *Id.* ¶ 8. This alleged that he was subject to removal as an alien who had been convicted of an aggravated felony—here, the New Jersey controlled substance charges. *Id.* In October 2010, an immigration judge ordered Petitioner removed, and he was removed shortly thereafter to Mexico. *Id.* ¶¶ 9–10.

On an unknown date, Petitioner reentered the United States without inspection. *Id.* ¶ 11. ICE reinstated his prior removal order, and on March 7, 2025, ICE took Petitioner into custody. *Id.* ¶ 12; *see also* Petition ¶ 10. Petitioner made, and later withdrew, two requests for a bond hearing. Heard Decl. ¶¶ 20–21, 25. An immigration judge has denied Petitioner's application for withholding of removal and protection under the Convention Against Torture. *Id.* ¶ 22. Petitioner appealed that decision to the Board of Immigration Appeals. *Id.* ¶ 23. The appeal is pending. *Id.*

On January 16, 2026, Petitioner, acting pro se, filed his Petition for Writ of Habeas Corpus. *See* Petition. It states the following claims: (1) unlawful immigration detention and denial of a bond hearing, in violation of the Fifth and Fourteenth Amendments, and (2) failure to investigate and resolve citizenship claims, in violation of the Fifth and Fourteenth Amendments.

On January 29, 2026, Petitioner filed the instant Motion. *See* Motion. This Court ordered Respondents to file a response by February 3, 2026, and informed Petitioner that he could file a

---

[2] This factual background is offered in support of the Opposition. Petitioner's untimely Reply does not contest these factual allegations, except to allege that the factual basis for the declarant's knowledge is unclear. Petitioner admits that he has been a defendant in criminal cases, but alleges that they cannot form the basis of his detention, as the claims have been dismissed or do not constitute removable offenses, and they cannot overcome his citizenship status. Petition ¶ 12.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.    5:26-cv-00204-MEMF-DFM                                    Date: March 16, 2026

Title    *Alan Michael Sosa Alarcon v. Mark Bowen et al.*


Reply by Monday, February 9. Respondents timely filed their Opposition. *See* Opp. But
Petitioner did not file his Reply. As this Court understood Petitioner to be self-represented and in
detention, this Court offered Petitioner an extension and ordered Respondents to verify that
Petitioner had been personally served their Opposition and the Court's extension. Dkt. No. 19.
Respondents filed a Notice confirming their compliance. Dkt. No. 21.

Counsel appeared for Petitioner on February 23, 2026. Dkt. No. 22. Counsel requested an
extension of time to file a reply. Dkt. No. 25. This Court granted Petitioner a second extension
through March 8, 2026. Dkt. No. 26. On March 10, 2026, Petitioner—through counsel—filed an
untimely Reply.[3] Dkt. No. 28.

It appears that Petitioner now seeks to file an amended Petition for Writ of Habeas Corpus,
which states additional grounds for relief. *See* Dkt. No. 30-1 (proposed amended Petition).
Contemporaneously with the amended Petition, Petitioner has filed a new request for a
Temporary Restraining Order. *See* Amended TRO Motion. While Petitioner has not formally
withdrawn the TRO Motion, this Court understands the Amended TRO Motion to moot the prior
request. Moreover, briefing on the new Amended TRO Motion will allow Respondents an
opportunity to respond to the Petitioner's legal arguments, some of which were newly raised on
Reply.

**Conclusion**

The TRO Motion, Dkt. No. 10, is DENIED AS MOOT.

The Court sets the following briefing schedule on the Amended TRO Motion, Dkt. No. 31:
Respondents may file an Opposition by Friday, March 20; Petitioner may file a Reply by
Tuesday, March 24. The parties are reminded that this Court's order preventing Petitioner's
transfer outside of this District, Dkt. No. 11, remains operative.

IT IS SO ORDERED.

---

[3] The parties are admonished that this Court granted multiple extensions for a Reply, and that Petitioner did not
request another extension for his untimely filed Reply. This Court may strike or decline to consider future untimely
filings.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:26-cv-00204-MEMF-DFM                                      Date: March 16, 2026

Title      *Alan Michael Sosa Alarcon v. Mark Bowen et al.*

                                                                              :
                                                    **Initials of Preparer**        DBE